IN THE UNITED STATES COURT OF FEDERAL CLAIMS
No. 06-341C

(Filed: September 29, 2006)

HAYDEN LAKE ASSOCIATES,
LIMITED PARTNERSHIP,

Plaintiff,

v.

UNITED STATES,

Defendant.

ORDER

Pending before the court is the parties' Joint Motion for a Stay of Proceedings, filed on June 22, 2006. The parties request that the court stay proceedings in this case pending the resolution of eight similar cases currently in this court's Alternative Dispute Resolution ("ADR") program. The eight cases are *Grass Valley Investment Group I v. United States*, No. 04-1284C; *Diamond Springs Investment Group II v. United States*, No. 04-1302C; *Weaverville Investment Group v. United* States, No. 04-1320C (Fed. Cl.); Hollister *Investment Group II v. United States*, No. 04-1297C; *Ramona Investment Group II v. United States*, No. 04-1259C; *Pixley Investment Group v. United States*, No. 04-1315C; *Brawley I Investment Group v. United States*, No. 04-1287C; and *Brawley II Investment Group v. United States*, No. 04-1305C.

For good cause shown, the parties' motion is GRANTED. This case is stayed until 14 days after the conclusion of ADR proceedings in the eight similar cases. The parties are not required to file Joint Status Reports in this case because appropriate status reports are being filed in other such cases.

It is so ORDERED.

s/ Charles F. Lettow
Charles F. Lettow
Judge